**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1562**

FRANCIS AKINRO,

Plaintiff – Appellant,

v.

SOCIAL SECURITY ADMINISTRATION; IYA OSHO; MRS. BRANDLEY; DONALD WINEBROGER; MRS. DIANA; ILUKU OWO; OFFICER RANDOZONE; JOSEPH TAYE BADEJO; DARE BADEJO; MARCY SALAMI; FELICIA ABINA; FEMI ABINA; GBENGA ABINA; OFIGBO ALATAKE IYERE DEEDO; WILLIAM OLAFIMIHAN, "Iya Alake"; MRS. LONGSWORTH, "Iya Lekan"; OFFICER MAYFIELD, "Olubiyo"; MRS. EHIOLA, "Iya Idowu"; IYA JOMBU; IYA ABIYE IJALANA; CATHERINE BLAKE; IYA FOLAWE; KIKE ADESHINA; PROFESSOR EDDIDI; MRS. HOLCOMB; NATHANIEL JIDE OLADIMEJI; ALADEJEBI ALADEJEBI, "Iya Akeke"; DAISI OLAOLUWA; YINKA OLADIMEJI; JULIE REEVE; CHIEF OLOTUAH; GBENGA OLOTUAH; TUMISE SHARP CORNER, "Oma Mama Bebedun Else"; BARBARA BUSH; IYA ELERO; MRS. DAMILOLA; GRACE OIEWOYE; WUMI ADEFIWITAN; GOODY ALI; ADAMEJI SUNDAY; MADAM ALAJOPE, "Iya Dare Agba"; ROBIN SEARLE'S ADELEGAN; AYO ADELEGAN; J. ALI; MS. CASTILLO; ALAKERE AKOLA; DEJI OLAYELE,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, Senior District Judge. (1:10-cv-01170-WMN)

Submitted: September 28, 2010     Decided: September 30, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Francis Akinro, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Akinro v. Soc. Sec. Admin., No. 1:10-cv-01170-WMN (D. Md. May 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED